# EXHIBIT A

# Jason L DeFrancesco

**From:** Shopify <legal@shopify.com>
**Sent:** Monday, February 23, 2026 6:24 AM
**To:** legal@GlobalBrother
**Subject:** DMCA copyright notice I shopspikes.com

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

---

Hi there,

We have received a counter notice in response to the *Digital Millennium Copyright Act* takedown notice you submitted on 2026-02-06 16:41:54 UTC about shopspikes.com.

In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: 50364649-407f-442d-9c29-3ac68ccbce1b

---



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

1



**Date:** February 23, 2026

**DMCA Counter Notice | shopspikes.com**

**1. Shopify Merchant Contact Information**

First Name:

Muhammad Khalid

Last Name:

Raheem

Phone:

447577350255

Email:

sohaibkhalid6570@gmail.com

Address:

UNIT B2 4-6 GREATOREX STREET LONDON

City:

London

ZIP/Postal Code::

E1 5NF

Country:

GB

State/Province:

ENG

**2. Material(s) Subject to the Counter Notice**

Report ID:

50364649-407f-442d-9c29-3ac68ccbce1b

• https://shop.app/products/10013834445076/forgotten-home-apothecary-250-powerful-remedies-at-your-fingertips
• https://shopspikes.com/products/forgotten-home-apothecary-250-powerful-remedies-at-your-fingertips

## 3. Declarations

• I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
• I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
• I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Muhammad Khalid Raheem