# EXHIBIT C

 **GOV·UK**

**Find and update company information (https://beta.companieshouse.gov.uk/)**

Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for officers

Advanced company search (/advanced-search)

# Muhammad KHALID RAHEEM

## Filter appointments

☐ Current appointments

Apply filter

## Total number of appointments 1

Date of birth
February 1971

---

### MUHAMMAD KHALID RAHEEM LTD (16728701)

Company status  **Active**

Correspondence address  **Unit B2 4-6, Greatorex Street, London, United Kingdom, E1 5NF**

Role Active  **Director**

Appointed on  **19 September 2025**

Nationality  **Pakistani**

Country of residence  **Pakistan**

Identity verification due  **2 October 2026**

---



Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://
beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab



Built by Companies House

© Crown copyright

 **GOV·UK**

**Find and update company information (https://beta.companieshouse.gov.uk/)**

Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for officers

Advanced company search (/advanced-search)

# MUHAMMAD KHALID RAHEEM LTD

Company number **16728701**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/16728701/authorise?return_to=/company/16728701)

| Overview | Filing history | People | More |
|---|---|---|---|

Registered office address
Unit B2 4-6 Greatorex Street, London, United Kingdom, E1 5NF

Company status
Active

Company type
Private limited Company

Incorporated on
19 September 2025

## Accounts

First accounts made up to **30 September 2026**

due by **19 June 2027**

# Confirmation statement

First statement date **18 September 2026**
due by **2 October 2026**

# Nature of business (SIC)

- 47990 - Other retail sale not in stores, stalls or markets



Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab
Accessibility statement (https://
beta.companieshouse.gov.uk/help/accessibility-statement)
Developers Link opens in new tab

Built by Companies House



© Crown copyright

 **GOV·UK**

## Find and update company information (https://beta.companieshouse.gov.uk/)

Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for officers

Advanced company search (/advanced-search)

# MUHAMMAD KHALID RAHEEM LTD

Company number **16728701**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/16728701/authorise?return_to=/company/16728701/filing-history)

| Overview | Filing history | People | More |
| --- | --- | --- | --- |

| Date | Type | Description | View / Download |
| --- | --- | --- | --- |
| 19 Sep 2025 | NEWINC | **Incorporation** | (11 pages) |
| | | • MODEL ARTICLES - **Model articles adopted** | |
| | | Statement of capital on 2025-09-19 | |
| | | • GBP 1 | |



Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://
beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House



© Crown copyright

**FILE COPY**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **16728701**

The Registrar of Companies for England and Wales, hereby certifies that

**MUHAMMAD KHALID RAHEEM LTD**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **19th September 2025**



*N16728701J*





THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated
by the Registrar of Companies under section 1115 of the Companies Act 2006



# IN01 (ef)

### Application to register a company



*Received for filing in Electronic Format on the:*  **18/09/2025**

*XEBCEG2J*

| | |
|---|---|
| *Company Name in full:* | **MUHAMMAD KHALID RAHEEM LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **UNIT B2 4-6 GREATOREX STREET LONDON UNITED KINGDOM E1 5NF** |
| *Sic Codes:* | **47990** |

*I wish to entirely adopt the following model articles:*     **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**                    **16728701**

# *Proposed Officers*

## *Company Director        1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR MUHAMMAD** |
| *Surname:* | **KHALID RAHEEM** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **PAKISTAN** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **\*\*/02/1971** | *Nationality:* | **PAKISTANI** |
| *Occupation:* | **COMPANY DIRECTOR** | | |

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**                    **16728701**

# *Statement of Capital (Share Capital)*

---

*Class of Shares:*  **ORDINARY**          *Number allotted*          **1**
*Currency:*  **GBP**                      *Aggregate nominal value:*  **1**
*Prescribed particulars*

**FULL RIGHTS REGARDING VOTING, PAYMENT OF DIVIDENDS AND DISTRIBUTIONS**

---

## Statement of Capital (Totals)

---

*Currency:*  **GBP**          *Total number of shares:*          **1**
                              *Total aggregate nominal value:*   **1**
                              *Total aggregate unpaid:*          **0**

---

**Electronically filed document for Company Number:**          **16728701**

# *Initial Shareholdings*

| | | | |
|---|---|---|---|
| *Name:* | **MUHAMMAD KHALID RAHEEM** | | |
| | | *Class of Shares:* | **ORDINARY** |
| *Address* | **UNIT B2 4-6 GREATOREX STREET** | *Number of shares:* | **1** |
| | **LONDON** | *Currency:* | **GBP** |
| | **UNITED KINGDOM** | *Nominal value of each share:* | **1** |
| | **E1 5NF** | *Amount unpaid:* | **0** |
| | | *Amount paid:* | **1** |

---

**Electronically filed document for Company Number:**                    **16728701**

# *Persons with Significant Control (PSC)*

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

# *Individual Person with Significant Control details*

*Names:*           **MR MUHAMMAD KHALID RAHEEM**

*Country/State Usually*           **PAKISTAN**
*Resident:*

*Date of Birth:*    **\*\*/02/1971**          *Nationality:*    **PAKISTANI**

*Service address recorded as Company's registered office*

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

---

**Electronically filed document for Company Number:**                    **16728701**

*Nature of control*    **The person holds, directly or indirectly, 75% or more of the voting rights in the company.**

*Nature of control*    **The person holds, directly or indirectly, 75% or more of the shares in the company.**

*Nature of control*    **The person has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.**

# *Lawful Purpose Statement*

---

**The subscribers confirm that the company has been formed for lawful purposes.**

---

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:*            **MUHAMMAD KHALID RAHEEM**
*Authenticated*    **YES**

# *Authorisation*

*Authoriser Designation:*    **subscriber**                    *Authenticated*    **YES**

**End of Electronically filed document for Company Number:**                    **16728701**

# COMPANY HAVING A SHARE CAPITAL

# Memorandum of Association of

# MUHAMMAD KHALID RAHEEM LTD

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
| --- | --- |
| MUHAMMAD KHALID RAHEEM | Authenticated Electronically |

Dated: 18/09/2025