# EXHIBIT D

# United States of America

### United States Patent and Trademark Office



**Reg. No. 7,943,781**
**Registered Sep. 16, 2025**
**Int. Cl.: 9, 16, 35, 41**
**Service Mark**
**Trademark**
**Principal Register**

GLOBAL BROTHER SRL  (ROMANIA societate cu raspondere limitata (srl))
Ghiozdanului 22A Lighthouse Residence
ap 12A floor 1
Bucharest, ROMANIA 014163

CLASS 9: Ebook readers; E-books featuring natural remedies, herbal medicine, home-based cures, and wellness practices recorded on computer media; Downloadable electronic books in the field of natural health, herbal remedies, home apothecary skills, and traditional wellness; Downloadable electronic publications in the nature of guides, manuals, instructional materials, and non-fiction books in the field of natural remedies, herbal healing, and self-care practices; Downloadable computer software for designing online advertising on websites; Downloadable video recordings featuring natural health techniques, home remedy preparation, and herbal medicine instruction; Audio books in the field of natural remedies, herbal medicine, and wellness practices; Downloadable computer software for website development; Downloadable mobile applications for providing information on natural remedies, herbal preparations, home-based wellness practices, and emergency first aid using natural methods; Series of downloadable non-fiction books in the field of natural health, home apothecary remedies, and herbal medicine

CLASS 16: Book covers; Graphic representations; Printed story books; Printed books in the field of natural remedies, herbal medicine, home-based cures, and wellness practices; Printed non-fiction books in the field of natural remedies, herbal medicine, and traditional wellness; Printed publications, namely, brochures, booklets, and teaching materials in the field of natural health, home apothecary remedies, herbal preparation techniques, and self-sufficient living; Series of printed non-fiction books in the field of natural remedies, traditional wellness, and herbal medicine

CLASS 35: Advertising services relating to books; Advertising, marketing and promotion services; Business information services provided online from a computer database or the internet; Business information services provided online from a global

*Coke Morgan Stewart*
Acting Director of the United States Patent and Trademark Office



computer network or the internet; product sales information; publicity and sales promotion; Preparing audiovisual displays in the field of natural remedies, wellness products, herbal medicine education, and home health advertising

CLASS 41: Publishing of books, magazines; Publication of audio books; Multimedia publishing of books; Online electronic publishing of books and periodicals; Scriptwriting services for non-advertising purposes; Providing online non-downloadable e-books in the field of natural remedies, herbal medicine, wellness practices, and home-based cures; Providing information in the field of printed cookery books; Writing of publicity texts; Providing on-line non-downloadable video content in the field of natural remedies, home apothecary skills, and wellness education; Providing non-downloadable electronic publications in the nature of guides, periodicals, manuals, non-fiction books, teaching and instructional materials in the field of natural remedies, herbal medicine, traditional wellness practices, and home-based health care; Arranging and conducting of educational courses in the field of natural health, herbal preparation, and home remedy techniques; Arranging and conducting of training courses in the field of natural health education, herbal medicine, and personal wellness skill

The color(s) yellow, red, black and orange is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 019073378, FILED 08-30-2024, REG. NO. 019073378, DATED 12-24-2024, EXPIRES 08-30-2034

The mark consists of a yellow rectangle containing a red and black square, within which appears the term "FORGOTTEN" at the top, in orange, stylized font, and at the bottom of which appears the terms "POWERFUL REMEDIES" above "AT YOUR FINGERTIPS" all in orange, stylized font, above which appear black horizontal thin lines, and above which appears an orange and yellow stylized sign with the term "HOME" in yellow, stylized font, above the term "APOTHECARY" in yellow, stylized font.

No claim is made to the exclusive right to use the following apart from the mark as shown: "HOME APOTHECARY"

SER. NO. 98-747,882, FILED 09-12-2024