# EXHIBIT E

# United States of America
## United States Patent and Trademark Office

# FORGOTTEN HOME APOTHECARY

**Reg. No. 8,065,574**
**Registered Dec. 16, 2025**
**Int. Cl.: 9, 16, 35, 41**
**Service Mark**
**Trademark**
**Principal Register**

Global Brother SRL  (ROMANIA Societate cu Raspundere Limitata (Srl))
Ghiozdanului 22A Lighthouse Residence
ap 12A floor 1
Bucharest, ROMANIA 014163

CLASS 9: Downloadable electronic books in the field of herbal medicine and plant-based remedies; Downloadable video recordings featuring natural remedies and herbal medicine preparation; Downloadable non-fiction books on a variety of topics; E-books featuring herbal remedies and medicinal plants recorded on computer media; Non-fiction audio books on a variety of topics; Series of downloadable non-fiction books in the field of herbal remedies and medicinal plants

CLASS 16: Printed books in the field of herbal medicine and plant-based remedies; Printed non-fiction books on a variety of topics; Series of printed non-fiction books in the field of herbal medicine and plant-based remedies

CLASS 35: Advertising, marketing and promotion services; Business information services provided on-line from a computer database or the internet; Business information services provided online from a global computer network or the internet

CLASS 41: Organization of events for cultural purposes; Organizing exhibitions for educational purposes; Providing online non-downloadable electronic publications in the nature of interactive e-books, advertisements, online periodicals, web articles, online newsletters, and online brochures, in the field of herbal medicine, plant-based remedies and medicinal plants; Providing online non-downloadable videos in the field of herbal medicine, plant-based remedies and medicinal plants; Provision of information relating to publishing of electronic books; Publication of audio books; Publication of books, reviews; Publication of electronic books and journals on-line; Publication of on-line electronic books and journals; Publication of electronic periodicals on the Internet; Writing of articles for periodicals other than for advertising or publicity

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF European Union Trademark - EUTM , REG. NO. 019064789, DATED 12-20-2024, EXPIRES 08-07-2034

SER. NO. 99-052,325, FILED 02-22-2025

*[signature]*

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

