# EXHIBIT F



**Registration Number**
# VAu 1-538-856
**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
November 19, 2024

## Title

**Title of Work:** FORGOTTEN HOME APOTHECARY.design cover

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

## Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** legal@globalbrother.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi
**Date**: September 05, 2024

**Registration Number**
# VAu 1-533-601
**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 05, 2024

## Title

**Title of Work:** Forgotten HOME APOTHECARY.cover design

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** photograph, 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

## Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** legal@globalbrother.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi
**Date**: September 05, 2024

---

**Correspondence:** Yes

**Registration Number**

# TXu 2-445-163

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 06, 2024

## Title

**Title of Work:** Forgotten HOME APOTHECARY

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

## Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** legal@globalbrother.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:** Claudiu Alexandru Giurgi
**Date**: September 05, 2024

---

**Correspondence:** Yes

**Registration Number**
# TXu 2-446-715
**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
September 14, 2024

# Title

**Title of Work:** Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips

# Completion/Publication

**Year of Completion:** 2024

# Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

# Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania

# Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** legal@globalbrother.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest 014163 Romania

# Certification

**Name:** Claudiu Alexandru Giurgi

Page 1 of 2

**Date**:  August 30, 2024