# EXHIBIT G



**Shop Spikes**

Visit store





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

...

**$74.99** ~~$148.99~~

🔊 Shipping calculated at checkout

Add address

**Quantity**

− 1 +

Add to cart

Buy now

♡ Save          ⬆ Share

**Author:** Dr. Nicole Apelian
**Brand:** FORGOTTEN HOME APOTHECARY
**Edition:** Standard Edition
**Binding:** paperback
**Format:** Big Book
**Number Of Pages:** 288
**Release Date:** 08-10-2024
**Details:** This natural home remedies book gives you a 250-remedy Apothecary in y... View more

📋 Shipping Policy          🛡 Refund Policy

🔍

     

Shop Spikes                                                                                    Follow

## More from Shop Spikes ›


Pixie Period Heating Pad f...
$99.90


Invisible Earbuds Sleep...
$59.99 $119.99


Mueller Living Electric...
$79.99 $159.99


EZARC Electric Screwdriv...
$101.99 $203.99


LEGO Botanicals...
$79.99 $159.99


LEGO Botanicals Tiny...
$79.99 $159.99

## Discover top brands


Extra savings
Culture Kings US
★ 4.7 (129.2K)


Exclusive offer available
Little Sleepies
★ 4.9 (364.5K)


Exclusive offer available
OOFOS
★ 4.5 (170K)


Exclusive offer available
The GLD Shop
★ 4.7 (150.3K)


Fashion Nova
★ 4.3 (429.2K)

## shop

Shop is the next step on our mission to make commerce better for everyone.

**Information**
Shop Pay
Help center
For brands

**Social**
X (Twitter)
Instagram

**Legal**
Terms of Service
Privacy Policy
Your Privacy Choices  

Powered by 🛍 shopify                                          Language        © Shopify Inc. 2026

ted Time Offer! Don't Miss Out!          Experience the Difference of Real



## SHOP SPIKES





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**Add to cart**

$74.99 ~~$148.99~~



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



Close-Ups with the Medicinal Plants

Information on the Tools and Ingredients Needed

Nicole Apelian's Personal Tips and Tricks for Using the Remedy

Detailed Step-by-Step Instructions

Guidance on How to Use the Remedy

Warning for Specific Health Issues or Conditions

Dosage Instructions

Secrets on How to Increase Remedy's Efficiency

# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~







# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~





With this book, you'll have a 250-remedy apothecary at your fingertips. These powerful, time-tested formulas were once the cornerstone of traditional apothecaries. It's sad that many of the remedies that could have helped millions of people have vanished along with them.

Unlike others, this book is very easy to use! You just go to the beginning of the book, search for the shelf you're looking for, and check the recipe on that shelf. Let's say you have a sore throat that you want to manage. You go to the Respiratory Shelf...and look for some recipes that will help with that. The Amish Cough-Busting Syrup sounds like a good idea! As you can see, the entire process is very simple and practical. Unlike most remedy books that show you general information, this one goes straight to the point.

What I wanted to do with the *Forgotten Home Apothecary* was to give you this lost plant knowledge that can help you and your family get back to health naturally. All the ingredients you need for the remedies in *Forgotten Home Apothecary* can easily be gathered for free in nature or purchased at minimal cost.

You'll also find some of the remedies that might have helped you when you were a child, the remedies that your grandmother prepared to help you feel better when you were sick.

In a crisis, pharmacies are the first to get looted, and hospitals the first to become overcrowded. When you may not have access to modern medicine, the knowledge inside can be your lifeline. The remedies you create will benefit your family for generations to come.

### Nicole Apelian, Ph.D.

Dr. Nicole Apelian is an herbalist, author, scientist, survival skills consultant, wild foods expert, and MS survivor and thriver.

In 2015, she was among the first women ever selected for the History Channel's hit TV Show, *Alone*. Despite suffering from Multiple Sclerosis, she survived for 57 days in the wilderness, all on her own, with little more than her hunting knife and the wild foods and medicines she found there. She has been studying the medicinal power of plants for over 30 years now. Throughout this time, she has created and improved all the remedies in her Apothecary, so they're probably the most powerful ones you can find. With them, she managed to help thousands of people take control of their health through nature's medicine, just as she did.

Natural remedies gave Nicole a second chance at life. Those that helped her were a staple on the shelves of the long-gone apothecaries. Today, she wants to help you find the remedy you've been looking for within the pages of this book. Simply open it, browse through the shelves from the table of contents, and find the remedy you've been looking for.

**G|B GLOBAL BROTHER**

979-8-9880240-9-5

‹  1/8  ›

‹

## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~





# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 





# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



**Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips**

$74.99 ~~$148.99~~ 



>

**NEW PRODUCT | LOW STOCK**

# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~

Buy with **shop**



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 💳

🚚 1-2 Days delivery

Loved my product, Ordering 1 more soon .

*Customers Word* ★ ★ ★ ★ ★

‹  ● ○  ›

**Author:** Dr. Nicole Apelian

**Brand:** FORGOTTEN HOME APOTHECARY

**Edition:** Standard Edition

**Binding:** paperback

**Format:** Big Book

**Number Of Pages:** 288

**Release Date:** 08-10-2024

**Details:** This natural home remedies book gives you a 250-remedy Apothecary in your own home, ready to help you whenever you are in need.
The book is written by Dr. Nicole Apelian, an expert herbalist with over 30 years of hands-on practice in healing with herbal remedies.
The first thing you'll see when you open this natural medicine book is your new Apothecary—250 remedies, organized on shelves for specific ailments.

What You'll Discover Inside:
288 color pages featuring all 250 powerful remedies for every part of your body. Easy-to-navigate appendix that visually shows all the natural remedies and the page where you'll find them, along with step-by-step instructions, color photos, accurate measurements, and dosages. The Natural Brain-Booster: a potent recipe for focus, memory, and mental clarity (page 129). The same 3 Mushroom Tinctures Dr. Apelian used to get back on her feet and manage her MS symptoms (page 220). Grandma's Hot Salve: the powerful back remedy that was almost lost to history (page 175). The Herbal Sleep Aid to take before bed (page 147). Discover the Best  Natural Probiotic you can make at home (page 82). Find out what happens if you pour honey over cinnamon and all the other herbal recipes that were once a part of

## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



approach to managing your health and healing with herbal remedies, The Forgotten Home Apothecary is for you.

This is the only holistic medicine book out there where you'll find the time-tested natural remedies our grandparents relied on, back when apothecaries hadn't yet been replaced by pharmacies. DISCLAIMER: This book contains information about traditional herbal remedies for educational purposes only. These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. Always consult with a healthcare professional before using any herbs, especially if pregnant, nursing, taking medications, or have medical conditions. The author and publisher assume no responsibility for any adverse effects resulting from the use of information in this book. By purchasing this book, you acknowledge you are solely responsible for your health decisions.

**EAN:** 9798988024095

**Package Dimensions:** 11.1 x 9.4 x 0.8 inches

**Languages:** English

cks Only... Limited Stocks Only... Limited Stocks Only... Limite

### Legal

Contact Information

Shipping Policy

Refund Policy

Privacy Policy

Terms of Service

### Customer Support

About Us

Contact Us

Shipping policy

FAQS

Track Your Order

### Shop With Us

**Shop with us for quality, value, and convenience.Your favorite products, just a click away.**

### Subscribe to our emails

Never miss out our latest products!

Email → 1



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

$74.99 ~~$148.99~~