# EXHIBIT H



 

ence of Real Quality          50% OFF – Limited Time Offer! Don't Miss Ou





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 

**Add to cart**



05/02/2026 Case 1:26-cv-00278-UNA Forgotten Home Apothecary : Filed 03/13/26 remedies at Page 5 of 22 PageID #: 83
https //buycura co/products/forgotten home apothecary 250 powerful remedies at your fingertips 3/18

# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



Close-Ups with the Medicinal Plants

Information on the Tools and Ingredients Needed

Nicole Apelian's Personal Tips and Tricks for Using the Remedy

Detailed Step-by-Step Instructions

Guidance on How to Use the Remedy

Warning for Specific Health Issues or Conditions

Dosage Instructions

Secrets on How to Increase Remedy's Efficiency



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~







## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

$74.99 ~~$148.99~~ 



# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



Close-Ups with the Medicinal Plants

Information on the Tools and Ingredients Needed

Nicole Apelian's Personal Tips and Tricks for Using the Remedy

Detailed Step-by-Step Instructions

Guidance on How to Use the Remedy

Warning for Specific Health Issues or Conditions

Dosage Instructions

Secrets on How to Increase Remedy's Efficiency



## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~ 





## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



**Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips**

$74.99 ~~$148.99~~ 



>

**NEW PRODUCT | LOW STOCK**

# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

$74.99 ~~$148.99~~

Buy with **shop**

## Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



🚚 1-2 Days delivery

Loved my product, Ordering 1 more soon    .

*Customers Word* ★ ★ ★ ★ ★

‹  ● ○  ›

**Author:** Dr. Nicole Apelian

**Brand:** FORGOTTEN HOME APOTHECARY

**Edition:** Standard Edition

**Binding:** paperback

**Format:** Big Book

**Number Of Pages:** 288

**Release Date:** 08-10-2024

**Details:** This natural home remedies book gives you a 250-remedy Apothecary in your own home, ready to help you whenever you are in need.
The book is written by Dr. Nicole Apelian, an expert herbalist with over 30 years of hands-on practice in healing with herbal remedies.
The first thing you'll see when you open this natural medicine book is your new Apothecary—250 remedies, organized on shelves for specific ailments.

What You'll Discover Inside:
288 color pages featuring all 250 powerful remedies for every part of your body. Easy-to-navigate appendix that visually shows all the natural remedies and the page where you'll find them, along with step-by-step instructions, color photos, accurate measurements, and dosages. The Natural Brain-Booster: a potent recipe for focus, memory, and mental clarity (page 129). The same 3 Mushroom Tinctures Dr. Apelian used to get back on her feet and manage her MS symptoms (page 220). Grandma's Hot Salve: the powerful back remedy that was almost lost to history (page 175). The Herbal Sleep Aid to take before bed (page 147). Discover the Best Natural Probiotic you can make at home (page 82). Find out what happens if you pour honey over cinnamon and all the other herbal recipes that were once a part of

### Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



approach to managing your health and healing with herbal remedies, The Forgotten Home Apothecary is for you.

This is the only holistic medicine book out there where you'll find the time-tested natural remedies our grandparents relied on, back when apothecaries hadn't yet been replaced by pharmacies. DISCLAIMER: This book contains information about traditional herbal remedies for educational purposes only. These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease. Always consult with a healthcare professional before using any herbs, especially if pregnant, nursing, taking medications, or have medical conditions. The author and publisher assume no responsibility for any adverse effects resulting from the use of information in this book. By purchasing this book, you acknowledge you are solely responsible for your health decisions.

**EAN:** 9798988024095

**Package Dimensions:** 11.1 x 9.4 x 0.8 inches

**Languages:** English

Limited Stocks Only...        Limited Stocks Only...        Limited Stocks Only...

## Legal

Contact Information

Shipping Policy

Refund Policy

Privacy Policy

Terms of Service

## Customer Support

About Us

Contact Us

Shipping policy

FAQS

Track Your Order

## Shop With Us

**Shop with us for quality, value, and convenience.Your favorite products, just a click away.**

## Subscribe to our emails

Never miss out our latest products!

Email  →

# Forgotten Home Apothecary : 250 Powerful Remedies at Your Fingertips

**$74.99** ~~$148.99~~



## More from BuyCura ›








NutriMill Classic High Speed Electric...
$598.99 $1,196.99

Oklahoma Joe's® Disposable BBQ...
$21.99 $43.99

24 Pack Adhesive Hat Hooks for Wall,...
$15.99 $30.99

Lipfidence Lip Lightening Cream for...
$39.99 $78.99

4 Pairs Small Gold Hoop Earrings Set...
$22.99 $44.99

Ufree Beard Trimmer for Men, Electric...
$79.98

## Discover top brands







OOFOS
★ 4.5 (169.9K)

Revice
★ 4.4 (5.2K)

Culture Kings US
★ 4.7 (129K)

Mandala Scrubs
★ 4.7 (7.5K)

HEYDUDE shoes
★ 4.8 (98.9K)

## shop

Shop is the next step on our mission to make commerce better for everyone.




**Information**
Shop Pay
Help center
For brands

**Social**
X (Twitter)
Instagram

**Legal**
Terms of Service
Privacy Policy
Your Privacy Choices

What are you shopping for today?

Powered by  shopify

Language    © Shopify Inc. 2026

What are you shopping for today?