## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GLOBAL BROTHER SRL,<br><br>     Plaintiff,<br><br>     v.<br><br>MUHAMMAD KHALID RAHEEM,<br>SOHAIB MEHAR, MUHAMMAD KHALID<br>RAHEEM LTD., and JOHN DOES 1–10,<br><br>     Defendants. | C.A. No. 26-278-MN |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Jason L. DeFrancesco of DeFrancesco Law to represent Plaintiff Global Brother

SRL in the above-captioned matter.

Dated:  April 16, 2026

                                           **SMITH, KATZENSTEIN & JENKINS LLP**

                                           */s/ Daniel A. Taylor*
                                           Neal C. Belgam (No. 2721)
                                           Daniel A. Taylor (No. 6934)
                                           1000 N. West Street, Suite 1501
                                           Wilmington, DE 19801
                                           (302) 652-8400
                                           nbelgam@skjlaw.com
                                           dtaylor@skjlaw.com

                                           *Counsel for Plaintiff Global Brother SRL*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Jason L.

DeFrancesco is GRANTED.


Dated:  April ___, 2026


_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida, New Jersey, New York, North Carolina, Washington, D.C., and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 16, 2026

/s/ Jason L. DeFrancesco
Jason L. DeFrancesco
DeFrancesco Law
174 Nassau Street, No. 325
Princeton, NJ 08542
T: (910) 833-5428
jasond@defrancesco.law

3