# EXHIBIT A

| Pending Case: **District of Delaware; Case No. 1:26-cv-00278-UNA** Global Brother v MUHAMMAD KHALID RAHEEM, SOHAIB MEHAR, MUHAMMAD KHALID RAHEEM LTD., et al. | | | | |
|---|---|---|---|---|
| Complaint ID | Website | Book(s) | Defendant | Address |
| 50364649-407f-442d-9c29-3ac68ccbce1b | shopspikes.com | FHA | Muhammad Khalid Raheem sohaibkhalid6570@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |
| aac369b8-8f71-4b8a-9cb1-fa6639a52a1d | buycura.co | FHA | Sohaib Mehar sohaibmehar9292@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |
| 703db68c-159a-4961-8f04-a3b62952ccdf | sitespark.shop | FHA | Rocky Bahi rockybhai143873@gmail.com 447577350255 | 40 Percy Street, Nelson GB BB9 0NQ |
| Ticket ID: 37b5d9f0-e73e-41ce-98e9-b9fb854f8ad4 | gulggo.shop | FHA | Sohaib Khalid waleedphoolgujjar5490@gmail.com 447577350255 | 40 Percy Street, Nelson GB BB9 0NQ |
| Ticket ID: 131c0614-b23a-4e7a-b33d-1031781815ac | visithub.shop | FHA | Khalid Raheem bessiejones609@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |
| Ticket ID: 99051f2a-43fd-4adf-b578-e90d992d251a | martme.store | FHA | Khalid Raheem janicecarter454@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |
| Ticket ID: 27d6941d-0b4c-4397-86e8-623ab9ca9c18 | routeshop.shop | FHA | Khalid Raheem asadmalik549900@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |
| Ticket ID: e9cd9af1-f8d7- | buynbuy.store | FHA | Khalid Raheem asadmalik549900@gmail.com 447577350255 | Unit B2, 4-6 Greatorex Street, London |

1 of 2

| | | | | |
|---|---|---|---|---|
| 4623-b7ee-d37558823787 | | | | |
| Ticket ID: 0e44e7e0-f883-4185-bc1e-c474cd7b84db | cloudshiftsol.com | FHA | Aoun Bilal ranatunga5490@gmail.com 447577350255 | 47 Ellora Road, London |
| 4185-bc1e-c474cd7b84db | doorup.shop | FHA | Sohaib Khalid connierussel55@gmail.com 447577350255 | 47 Ellora Road, London |
| Ticket ID: c861d598-fcd1-44b3-ad4f-1db2278eb437 | bestware.online | FHA | Aoun Bilal kimberliemurphy7@gmail.com 447577350255 | 47 Ellora Road, London |