# EXHIBIT C



**Registration Number**

# VAu 1-538-856

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
November 19, 2024

## Title

**Title of Work:**   FORGOTTEN HOME APOTHECARY.design cover

## Completion/Publication

**Year of Completion:**   2024

## Author

- **Author:**   GLOBAL BROTHER SRL
  **Author Created:**   photograph, 2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   Romania
  **Domiciled in:**   Romania

## Copyright Claimant

**Copyright Claimant:**   GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:**   GLOBAL BROTHER SRL
**Name:**   Claudiu Alexandru Giurgi
**Email:**   legal@globalbrother.com
**Telephone:**   +40768434324
**Address:**   Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:**  Claudiu Alexandru Giurgi
**Date**:  September 05, 2024

**Registration Number**

# VAu 1-533-601

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 05, 2024

## Title

**Title of Work:**    Forgotten HOME APOTHECARY.cover design

## Completion/Publication

**Year of Completion:**    2024

## Author

- **Author:**    GLOBAL BROTHER SRL
  **Author Created:**    photograph, 2-D artwork
  **Work made for hire:**    Yes
  **Citizen of:**    Romania
  **Domiciled in:**    Romania

## Copyright Claimant

**Copyright Claimant:**    GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:**    GLOBAL BROTHER SRL
**Name:**    Claudiu Alexandru Giurgi
**Email:**    legal@globalbrother.com
**Telephone:**    +40768434324
**Address:**    Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:**  Claudiu Alexandru Giurgi
**Date**:  September 05, 2024

---

**Correspondence:**  Yes

**Registration Number**

# TXu 2-445-163

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 06, 2024

## Title

**Title of Work:**   Forgotten HOME APOTHECARY

## Completion/Publication

**Year of Completion:**   2024

## Author

- **Author:**   GLOBAL BROTHER SRL
**Author Created:**   text, photograph(s)
**Work made for hire:**   Yes
**Citizen of:**   Romania
**Domiciled in:**   Romania

## Copyright Claimant

**Copyright Claimant:**   GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:**   GLOBAL BROTHER SRL
**Name:**   Claudiu Alexandru Giurgi
**Email:**   legal@globalbrother.com
**Telephone:**   +40768434324
**Address:**   Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

**Name:**   Claudiu Alexandru Giurgi
**Date**:   September 05, 2024

---

**Correspondence:**   Yes

**Registration Number**

# TXu 2-446-715

**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
September 14, 2024

## Title

     **Title of Work:**   Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips

## Completion/Publication

     **Year of Completion:**   2024

## Author

-      **Author:**   GLOBAL BROTHER SRL
     **Author Created:**   text, photograph(s)
     **Work made for hire:**   Yes
     **Citizen of:**   Romania
     **Domiciled in:**   Romania

## Copyright Claimant

     **Copyright Claimant:**   GLOBAL BROTHER SRL
     Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania

## Rights and Permissions

     **Organization Name:**   GLOBAL BROTHER SRL
     **Name:**   Claudiu Alexandru Giurgi
     **Email:**   legal@globalbrother.com
     **Telephone:**   +40768434324
     **Address:**   Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1
     Bucharest 014163 Romania

## Certification

     **Name:**   Claudiu Alexandru Giurgi

**Date**:    August 30, 2024