# SMITH KATZENSTEIN JENKINS LLP

April 29, 2026

*Via CM/ECF*

The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, Delaware 19801

**Re:**  ***Global Brother SRL v. Raheem, et al.*, C.A. No. 26-0278-MN**

Dear Judge Noreika:

      I write on behalf of Plaintiff, Global Brother SRL ("Global Brother") in the above-referenced matter. On April 29, 2026, Global Brother docketed the Amended Complaint. (D.I. 9). The Amended Complaint names 4 individuals not previously named in the Complaint. (D.I. 1).

      These individuals filed Digital Millenium Copyright Act ("DMCA") counter notices, listing several different addresses in the United Kingdom. One individual filed 2 counter notices identifying different business addresses. Accordingly, Global Brother has prepared 5 summonses for these 4 individuals. (Attached hereto as **Exhibits 1–5**). We respectfully request entry of these summonses on the docket so that we may serve these individuals.

      Counsel is available should Your Honor have any questions.

Respectfully,

*/s/ Daniel A. Taylor*

Daniel A. Taylor (No. 6934)
*Attorney for Plaintiff, Global Brother SRL*


Enclosures: Unsigned Summonses to Khalid Raheem, Sohaib Khalid, Aoun Bilal, and Rocky Bahi as Exhibits 1–5